**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELOISE K. SIMMONS | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 18-2169 (RDM) |
| v. | : | |
| | : | |
| | : | |
| LANGSTON LANE LIMITED PARTNERSHIP, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

The Plaintiff and the Defendants, by and through their respective counsel, pursuant to this Court's Minute Order entered on December 21, 2023, Dkt. 80, submit this Joint Status Report, to address the issues outlined in the order:

1. The parties have selected November 12, 2024 for trial before your Honor.

2. The parties propose that Motions in Limine, be submitted by August 12, 2024.

3. Oppositions to Motions in Limine are due by September 10, 2024.

4. Replies to Oppositions to Motions in Limine due by September 17, 2024

5. Exhibit lists and witness lists due by September 24, 2024.

6. Voir Dire and Jury Instructions due by October 15, 2024.

7. There is not agreement between the parties to referring this matter to a magistrate judge for trial.

Respectfully submitted,


_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff


_____/s/Mark D. Palmer
Mark D. Palmer, # 395127
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770
301-345-7001
mplamer@lawbtp.com
Counsel for Defendants


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **8th** day of **January 2024,** a copy of the foregoing Joint

Status Report was electronically filed and served via ECF to all counsel of record.


____/s/Donna Beasley

Donna Beasley
Counsel for Plaintiff