**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELOISE K. SIMMONS** | : |
| | : |
| **Plaintiff,** | : |
| | : **Case No.: 18-2169 (RDM)** |
| **v.** | : |
| | : |
| | : |
| **LANGSTON LANE LIMITED PARTNERSHIP,** | : |
| **et al.** | : |
| | : |
| **Defendants.** | : |

## JOINT MOTION TO EXTEND MOTION IN LIMINE DEADLINE

The Plaintiff and the Defendants, by and through their respective counsel, pursuant to Rule 7 of the Federal Rules of Civil procedure, respectfully request an extension of time in which to file Motions In Limine as directed this Court's Minute Order entered on January 12, 2024. In support of this Motion, the parties state the following:

1. The parties have plan to re-engage in settlement discussions with a private mediator.

2. The current Motions In Limine deadline is set for August 12, 2024.

3. In light of the impending deadline, the parties request that the motions deadline be extended to October 15, 2024 which is the same due date as jury instructions.

Wherefore, it is respectfully requested that this Motion be granted and that the Motions in Limine deadline be extended to October 15, 2024.

Respectfully submitted,

_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff

_____/s/Mark D. Palmer
Mark D. Palmer, # 395127
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770
301-345-7001
mplamer@lawbtp.com
Counsel for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the **8th** day of August **2024,** a copy of the foregoing Joint Status Report was electronically filed and served via ECF to all counsel of record.

_____/s/Donna Beasley
Donna Beasley
Counsel for Plaintiff