**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **ELOISE K. SIMMONS** | : |
| | : |
| **Plaintiff** | : |
| | : **18-CV-2169 (RDM)** |
| **v.** | : **Trial: Nov. 12, 2024** |
| | : |
| | : |
| **LANGSTON LANE LIMITED PARTNERSHIP,** | : |
| **et al.** | : |
| | : |
| **Defendants** | : |

_____

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Plaintiff, by and though, undersigned Counsel respectfully moves this Honorable Court pursuant to FRCP 7 and the record herein, for a continuance of the trial currently scheduled for November 12, 2024. The Defendants do not oppose this Motion. In support of this Motion, Counsel states the following:

1.     The parties are currently scheduled to have a trial of this matter on November 12, 2024.

2.     The parties have been making efforts to schedule a private mediation of this matter for the past several weeks and in fact had settled on a date of September 12, 2024.

3.     On September 5, 2024, Counsel contacted Plaintiff to confirm the September 12th mediation.  However, Counsel learned that Plaintiff would not able participate and immediately notified Counsel for Defendants.

4.      Due to an ongoing serious health condition, Plaintiff is currently experiencing a significant medical issue that temporarily impairs her ability to adequately participate in her defense and legal proceedings.

5.      It is anticipated that additional time will allow for recovery or stabilization to ensure her full participation in the process.  Accordingly, a continuance is requested to allow Plaintiff to address this health matter and to ensure that the proceedings are conducted with her full engagement and capacity. .

Wherefore, it is respectfully requested that this Motion be granted and that the current trial date of November 12, 2024 be vacated and that the matter be set for status on that date.

Respectfully submitted,

_____/s/Donna Beasley_
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC. 20004
240-606-3944
ATTYBEAS@AOL.COM

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **ELOISE K. SIMMONS** | : |
| | : |
|    **Plaintiff** | : |
| | : **18-CV-2169 (RDM)** |
| **v.** | : **Trial: Nov. 12, 2024** |
| | : |
| | : |
| **LANGSTON LANE LIMITED PARTNERSHIP,** | : |
| **et al.** | : |
| | : |
|    **Defendants** | : |

_____

## PROPOSED ORDER

Upon consideration of the foregoing Plaintiff's Unopposed Motion to Continue

Trial Date and for good cause shown, it is this _____ day of September, 2024, hereby

**ORDERED:** That the Plaintiff's Unopposed Motion to Continue Trial Date is

**Granted,** and it is further

**ORDERED:** That the trial date of November 12, 2024 is vacated.


                              _____

                              Hon. Judge Moss
                              U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion to

Continue Trial Date  was served via the efiling system this 10th day of September, 2024

on all counsel of record in this matter.


      /s/Donna Beasley
Donna Beasley
Counsel for Plaintiff