## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELOISE K. SIMMONS                                    :
                                                     :
        Plaintiff,                                   :
                                                     : Case No.: 18-2169 (RDM)
v.                                                   :
                                                     :
                                                     :
LANGSTON LANE LIMITED PARTNERSHIP,                   :
et al.                                               :
                                                     :
        Defendants.                                  :

### JOINT STATUS REPORT

The Plaintiff and the Defendants, by and through their respective counsel, pursuant to this

Court's Minute Order entered on November 14, 2024, submit this Joint Status Report, to address

the issues outlined in the Order:

1. Trial in this matter is to begin July 7, 2025 before Judge Randolph D. Moss.

2. The parties propose that their pre-trial submissions be submitted as follows:

   - Motions *in Limine*                            April 7, 2025

   - Oppositions to Motions *in Limine*             May 5, 2025

   - Replies to Oppositions to Motions *in Limine*  May 12, 2025

   - Trial Exhibit Lists                            May 19, 2025

   - Trial Witness Lists                            May 19, 2025

   - Proposed *Voir Dire* and Jury Instructions     June 11, 2025

Respectfully submitted,

/s/ Donna Beasley
Donna Beasley, #434441
419 7th Street, NW, Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff

/s/ Mark D. Palmer
Mark D. Palmer, # 395127
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770
301-345-7001
mplamer@lawbtp.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **25th** day of **November, 2024**, a copy of the foregoing Joint Status Report was electronically filed and served via ECF to:

Donna Beasley, Esq.
419 7th Street NW
Suite 405
Washington, DC 20004
*Attorney for Plaintiff Eloise Simmons*

*/s/ Mark D. Palmer*
Mark D. Palmer, Esq.

2