## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELOISE K. SIMMONS                          :
                                           :
      Plaintiff,                      :
                                           :
                                           : Case No.: 18-2169 (RDM)
                                           :
v.                                         :
                                           :
                                           :
                                           :
LANGSTON LANE LIMITED PARTNERSHIP,         :
et al.                                     :
                                           :
      Defendants.                     :

### DEFENDANTS' TRIAL EXHIBIT LIST

The Defendants, Langston Lane Limited Partnership, Residential One, LLC, Vickie Williams, and Annette Anderson, by and through their attorneys, Bacon, Thornton & Palmer, LLP, identify the following documents which they intend to use as exhibits in the trial in this matter.

1. D. Ex. 1 – Residential One, LLC – Langston Lane Limited Partnership Property Management Agreement.

2. D. Ex. 2 – Property Management Agreement Termination Letter (effective December 31, 2018).

3. D. Ex. 3 – Eloise Simmons Lease Agreement.

4. D. Ex. 4 – Vickie Williams note (March 6, 2018) regarding Eloise Simmons.

5. D. Ex. 5 – Annette Anderson note (April 9, 2018) regarding Eloise Simmons.

6. D. Ex. 6 – Annette Anderson note (April 10, 2018) regarding Eloise Simmons.

7. D. Ex. 7 – Annette Anderson email (April 10, 2018) to T. Ross regarding Eloise Simmons.

8. D. Ex. 8 – E. Simmons – B. Gerald – A. Anderson emails (October 10, 2018) regarding Simmons transfer request.

BACON, THORNTON & PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

9. D. Ex. 9 – A. Anderson – T. Ross Emails (November 27, 2018) regarding Simmons transfer request.

Respectfully Submitted,

BACON, THORNTON & PALMER, L.L.P.

/s/ Mark D. Palmer
Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **19th** day of **May 2025**, a copy of **Defendants' Trial Exhibit List** was electronically filed and served via ECF to:

Donna Beasley, Esquire
419 7th Street NW
Suite 405
Washington, DC 20004
*Attorney for Plaintiff*

/s/ Mark D. Palmer
Mark D. Palmer, Esq.

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075