**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| ELOISE K. SIMMONS | : |
| | : |
| **Plaintiff** | : |
| | : **Case No.: 18-2169 (RDM)** |
| **v.** | : |
| | : |
| | : |
| LANGSTON LANE LIMITED PARTNERSHIP, et al. | : |
| | : |
| **Defendants** | : |

**PLAINTIFF'S LIST OF TRIAL EXHIBITS**

**EXHIBIT 1 2018 LEASE**

**EXHIBIT 2 MEDSTAR DOCTOR**

**EXHIBIT 3 2009 REASONABLE ACCOMMODATION**

**EXHIBIT 4 EPD LETTER**

**EXHIBIT 5 2018 HUD ERIC LETTER**

**EXHIBIT 6 HOOVER RIDED**

**EXHIBIT 7 NPCDC**

**EXHIBIT 8 REA AC SE 2018**

**EXHIBIT 9 2018 HUD STEWART FIRST CONTACT**

**EXHIBIT 10 STALLING HUD**

**EXHIBIT 11 AFFIDAVIT PARAGRAPH LINE 41**

**EXHIBIT 12 HUD LEDGERS**

**EXHIBIT 13 RE: REASONABLE ACCOMMODATIONS**

**EXHIBIT 14 HUD LETTER**

**EXHIBIT 15 REVISED STATEMENT OF FACTS**

EXHIBIT 16 LAWYERING UP

EXHIBIT 17 SIMMONS SETTLEMENT DEMAND

EXHIBIT 18 2012 LEASE

EXHIBIT 19 2017 LEASE

EXHIBIT 20 RE-CERT.

EXHIBIT 21 COME TO OFFICE

EXHIBIT 22 FLOOR REP. APPT

EXHIBIT 23 VERIFIED ENFOR

EXHIBIT 24 SLANDER DISMISS

EXHIBIT 25 PAY $3651.00

EXHIBIT 26 PAY $4775.00

EXHIBIT 27 TENANT PETITION

EXHIBIT 28 DCRA VIOLATION NOTICE

EXHIBIT 29 2018 DCRA CASE

EXHIBIT 30 EVICTION FILED

EXHIBIT 31 LEDGER PAYME

EXHIBIT 32 SONS SSI VERIFI

EXHIBIT 33 SPECIAL NEEDS

EXHIBIT 34 VEHICLE PASS REQ.

EXIBIT 35 JAN. 5, 2019, EVICTION NOTICE

EXHIBIT 36 ILLEGAL INGRES

EXHIBIT 37 PAY $6055.00 on 2-5-19

EXHIBIT 38 PAY $6354.00 on 3-4-1

EXHIBIT 39 ADA ICON 2017

EXHIBIT 40 9 APRIL

EXHIBIT 41 HUD MCALL EMAIL

EXHIBIT 42 ANDERSON DEPOSITION p.17: 1-16

EXHIBIT 43 ANDERSON DEPOSITION p22:2-21; p23:1-5

**EXHIBIT 44 ANDERSON DEPOSITION p38:2-18**

**EXHIBIT 45 ANDERSON DEPOSITION p54:1-21; p55:1-21; 56:1-21**

**EXHIBIT 46 ANDERSON DEPOSITION p61:1-11; p62:1-21; p63:1-21; p64:1-21; p65:1-17**

**EXHIBIT 47 ROSS DEPOSITION p22:1-21; p23:2-19**

**EXHIBIT 48 ROSS DEPOSITION p 27:4-18,**

**EXHIBIT 49 ROSS DEPOSITION p 28:3-20**

**EXHIBIT 50 ROSS DEPOSITION p34:6-21; p35:1-18**

**EXHIBIT 51 ROSS DEPOSITION p38-39**

**EXHIBIT 52 ROSS DEPOSITION p42:5-12**

**EXHIBIT 53 ROSS DEPOSITION p65:2-13; p66:4-21; p67:5-21; p68:10-21; p69:18-21; p70:2-10&18-21; p72:14-21; p73:1-21; p74:1-21; p75:1-21**

**EXHIBIT 54 ROSS DEPOSITION p77:7-21; p78:3-21; p79:1-20; p80:6-21**

**EXHIBIT 55 ROSS DEPOSITION p93:1-13; p94:5-16; p95:1-21; p96:1-19**

**EXHIBIT 56 ROSS DEPOSITION p98:2-21; p99:3-21; P100:4-5**

**EXHIBIT 57 ROSS DEPOSITION p101:11-21; p102:1-19; p103:1-19**

**EXHIBIT 58 BAR 9 April 18**

**EXHIBIT 59 BDORWIN 2019**

**EXHIBIT 60 2017 ACCOMMODATION & RELEASE**

**EXHIBIT 61 WAITING LIST**

**EXHIBIT 62 BANK NAVY FEDERAL**

**21 EXHIBITS PREVIOUSLY SUBMITTED UNDER SEAL**

Respectfully submitted,

_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC. 20004
240-606-3944
ATTYBEAS@AOL.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's List of Exhibits was served

via the efiling system this 19th day of May, 2025 on all counsel of record in this matter.


                                                  /s/Donna Beasley
Donna Beasley
Counsel for Plaintiff