**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

ELOISE K. SIMMONS                                          :
                                                          :
          Plaintiff,                                      :
                                                          : Case No.: 18-2169 (RDM)
v.                                                        :
                                                          :
                                                          :
LANGSTON LANE LIMITED PARTNERSHIP,                        :
et al.                                                    :
                                                          :
          Defendants.                                    :

**MOTION TO HOLD CASE IN ABEYANCE**

The Plaintiff, by and through undersigned counsel, respectfully moves this matter be held in abeyance pending the outcome of an intervention action in Superior Court filed on or about June 2, 2025 addressing Plaintiff's mental competence. The Defendants do not oppose this Motion. In support of this Motion, Counsel states the following:

On or about June  2025, Keith Jackson, brother of Plaintiff, filed an intervention action - case number 2025 INT 000214 in the Superior Court of the District of Columbia.  Plaintiff's Counsel was advised of the filing via text from Mr. Jackson showing a Notice of Initial Hearing to Subject for a status hearing scheduled on July 8, 2025. Mr. Jackson will be requesting that he be appointed Conservator.  As Conservator, Mr. Jackson, on behalf of the Plaintiff, would be able to engage in completing the settlement negotiations with Defendants in this case. Counsel has spoken with Defense Counsel and there is still an outstanding offer available to Plaintiff. However, Plaintiff is not available to engage in negotiations due to her mental status.  Therefore,

it is requested that the Court hold this case in abeyance and schedule a status hearing for a date after July 8, 2025 to enable the parties to complete their settlement discussions and resolve this matter short of trial.

There is support for this request in the D.C. Circuit where the court has recognized that a plaintiff who is non compos mentis may be entitled to equitable tolling of statutes of limitations. This principle is grounded in the understanding that non compos mentis refers to someone who is incapable of handling their own affairs or functioning in society. The disability must be such that the individual is unable to manage their business affairs, comprehend their legal rights or liabilities, or engage in rational thought sufficient to pursue a legal claim, even with counsel Haynes v. D.C. Water & Sewer Auth., 924 F.3d 519, Jackson v. Modly, 949 F.3d 763, Smith-Haynie v. District of Columbia, 155 F.3d 575.

Further, in Smith-Haynie v. District of Columbia, 155 F.3d 575, the court emphasized the plaintiff must demonstrate a significant incapacity, such as being adjudged incompetent, diagnosed with a severe mental illness like schizophrenia, or having a guardian or power of attorney appointed. Here, it is anticipated that Mr. Jackson will be appointed Conservator and a Guardian ad Litem would be appointed as well. Ms. Simmons has been diagnosed with a severe mental illness in the past. Recently, Ms. Simmons has not been able to communicate with Counsel in a comprehensive and logical manner.  As a result she has not been able to effectively engage in settlement negotiations nor prepare her testimony for trial. Given Ms. Simmons' current mental state, her inability to comprehend her legal rights and her inability to communicate with Counsel in this matter, it is requested that this matter be that this matter be held in abeyance and further status be scheduled.

Respectfully submitted,


_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **16th** day of June**, 2025**  a copy of the foregoing  Motion

was electronically filed and served via ECF to all counsel of record.


___/s/Donna Beasley
Donna Beasley
Counsel for Plaintiff