## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELOISE K. SIMMONS                                        :

      Plaintiff,                                 :

                                    : Case No.: 18-2169 (RDM)

v.                                                       : Judge Moss

LANGSTON LANE LIMITED PARTNERSHIP,                       :
et al.                                                   :

      Defendants.                               :

### JOINT STATUS REPORT

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of July 11, 2025, and state as follows:

1.    This matter came before the Court for status on July 10, 2025 pursuant to Plaintiff's Counsel's request to hold the case in abeyance because an intervention case had been filed on behalf of Plaintiff (Ms. Simmons) in the Superior Court of the District of Columbia.

2.    At the status hearing before this Court, Plaintiff's Counsel represented that Ms. Simmons' intervention case was continued to July 22, 2025 so that Ms. Simmons could be served.

3.    This Court ordered that a status report be filed no later than July 25, 2025 to update the Court status of the intervention case.

4.    Ms. Simmons was served on or about July 15, 2025. Today, July 22, 2025, the judge in the intervention matter appointed Ms. Simmons' brother, Keith Jackson, as the Guardian

ad Litem and Conservator for Ms. Simmons. There is no further status in the intervention matter at this time.

5.      Now that a conservator has been appointed, it is the intention of the Parties to resume settlement negotiations.

6.      The Parties, therefore request 45 days to hopefully settle this matter and propose that another status report be submitted no later than September 8, 2025.

Respectfully submitted,

_____/s/Donna Beasley_
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff

BACON, THORNTON & PALMER, L.L.P.

/s/ Mark D. Palmer_____

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd  day of July, **2025**  a copy of the foregoing

Joint Status Report was electronically filed and served via ECF to all counsel of record.


　　　　　　　　　　　　_/s/Donna Beasley_
　　　　　　　　　　　　Donna Beasley
　　　　　　　　　　　　Counsel for Plaintiff