## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELOISE K. SIMMONS

      Plaintiff,

v.

                        : Case No.: 18-2169 (RDM)
                        : Judge Moss

LANGSTON LANE LIMITED PARTNERSHIP,
et al.

      Defendants.

*(The above caption appears with a column of colons ":" separating the parties from the case information.)*

### JOINT STATUS REPORT

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of July 22, 2025, and state as follows:

1.      Since this matter last came before the Court for status on July 10, 2025, the parties have been in discussion about a possible settlement of this matter.

2.      However, Ms. Simmons is undergoing a full psychiatric evaluation. The doctor is expected to provide a written report on her competency on September 10, 2025 which will affect the status of her intervention matter referenced at the last status.

3.      Depending on what the doctor opines in his report, the parties will either settle this matter with the participation of Ms. Simmons or settle with the participation of the court ordered conservator.

4..      The Parties, therefore request an additional 42 days to hopefully settle this matter and propose that another status report be submitted no later than October 21, 2025.

Respectfully submitted,


_____/s/Donna Beasley_____
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff



BACON, THORNTON & PALMER, L.L.P.

_/s/ Mark D. Palmer_____

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th  day of September, **2025**  a copy of the

foregoing  Joint Status Report was electronically filed and served via ECF to all counsel

of record.


_____/s/Donna Beasley_____
Donna Beasley
Counsel for Plaintiff