**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOISE K. SIMMONS | : |
| | : |
| Plaintiff, | : |
| | : Case No.: 18-2169 (RDM) |
| v. | : Judge Moss |
| | : |
| | : |
| LANGSTON LANE LIMITED PARTNERSHIP, | : |
| et al. | : |
| | : |
| Defendants. | : |

**<u>JOINT STATUS REPORT</u>**

The parties, by and through their undersigned counsel, submit this Joint Status Report pursuant to this Court's Minute Order dated October 27, 2025, and state as follows:

1. A guardian and conservator have been appointed for Ms. Simmons.

2. Ms. Simmons' condition has improved and she is receiving services.

3. A new court date in the intervention case in Superior Court has not yet been scheduled.

4. The parties are discussing potential settlement of Ms. Simmons' claims, but have not yet reached a settlement. Settlement negotiations are continuing.

5. The parties request an additional sixty (60) days in which to continue negotiations toward a potential settlement in this matter,

Respectfully submitted,


/s/ Donna Beasley
Donna Beasley, #434441
419 7th Street, NW, Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff



/s/ Mark D. Palmer
Mark D. Palmer, # 395127
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770
301-345-7001
mplamer@lawbtp.com
Counsel for Defendants


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **28TH** day of **October, 2025**, a copy of the foregoing Joint Status Report was electronically filed and served via ECF to:

Donna Beasley, Esquire
419 7th Street NW, Suite 405
Washington, DC 20004
*Attorney for Plaintiff Eloise Simmons*



/s/ Mark D. Palmer
Mark D. Palmer, Esquire


2