**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOISE K. SIMMONS | : |
| | : |
|    Plaintiff, | : |
| | : Case No.: 18-2169 (RDM) |
| v. | : Judge Moss |
| | : |
| | : |
| LANGSTON LANE LIMITED PARTNERSHIP, | : |
| et al. | : |
| | : |
|    Defendants. | : |

**JOINT STATUS REPORT**

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of October 28, 2025,  and state as follows:

1.      A guardian and conservator have been appointed for Ms. Simmons.

2.      A new court date in the intervention case in Superior Court has not yet been scheduled.

3.      Since the last Status Report in this matter, the parties and their Counsel (via the conservator on behalf of Ms. Simmons) have continued to engage in settlement discussions.

4.      The parties have arrived at a settlement number and the terms of the settlement. It is expected that the settlement will be finalized within the next thirty days.

5.      The Parties, therefore request an additional 30 days to finalize their settlement of this matter.

Respectfully submitted,


_____/s/Donna Beasley____
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff



BACON, THORNTON & PALMER, L.L.P.

/s/ Mark D. Palmer_____

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd  day of January**, 2026**  a copy of the foregoing  Joint Status Report was electronically filed and served via ECF to all counsel of record.


_____/s/Donna Beasley___
Donna Beasley
Counsel for Plaintiff