**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOISE K. SIMMONS | : |
| | : |
|    Plaintiff, | : |
| | : Case No.: 18-2169 (RDM) |
| v. | : Judge Moss |
| | : |
| | : |
| LANGSTON LANE LIMITED PARTNERSHIP, | : |
| et al. | : |
| | : |
|    Defendants. | : |

### JOINT STATUS REPORT

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of January 3, 2026  and state as follows:

1.      Settlement documents have been executed. However, due to an unforeseen issue the filing of the praecipe of dismissal will be delayed.

2.      The parties, request an additional 14 days to address the aforementioned issue, at which time the praecipe will be filed with this Court on or before February 16, 2026.

Respectfully submitted,


_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff


Page 1 of 2

BACON, THORNTON & PALMER, L.L.P.

*/s/ Mark D. Palmer*

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th   day of January**, 2026**   a copy of the foregoing  Joint Status Report was electronically filed and served via ECF to all counsel of record.

_____/s/Donna Beasley
Donna Beasley
Counsel for Plaintiff