**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELOISE K. SIMMONS | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 18-2169 (RDM) |
| v. | : | Judge Moss |
| | : | |
| | : | |
| LANGSTON LANE LIMITED PARTNERSHIP, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of January 30, 2026   and state as follows:

1.      Settlement documents have been executed.

2.      Plaintiffs have not yet received the settlement check from Defendants due to problems with mail delivery. It is anticipated that the check will arrive within the next 10 days.

3.      The parties, request an additional 14 days to address the aforementioned issue, at which time the praecipe will be filed with this Court on or before March 2, 2026.

Respectfully submitted,


_____/s/Donna Beasley
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004

Page 1 of 2

240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff

BACON, THORNTON & PALMER, L.L.P.

*/s/ Mark D. Palmer*

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February**, 2026** a copy of the foregoing  Joint Status Report was electronically filed and served via ECF to all counsel of record.

　　/s/Donna Beasley
Donna Beasley
Counsel for Plaintiff