**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELOISE K. SIMMONS | : | |
| | : | |
|    Plaintiff, | : | |
| | : | Case No.: 18-2169 (RDM) |
| v. | : | Judge Moss |
| | : | |
| | : | |
| LANGSTON LANE LIMITED PARTNERSHIP, | : | |
| et al. | : | |
| | : | |
|    Defendants. | : | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned Counsel, respectfully submit this Status Report pursuant to this Honorable Court's minute order of February 18, 2026   and state as follows:

1.      Settlement documents have been executed.

2.      Plaintiffs have not yet received the settlement check from Defendants because the U.S. Postal service never completed delivery.

3.      Defendants are going to issue another check.

4.      The parties are asking for another 14 days. days to address the aforementioned issue, at which time the praecipe will be filed with this Court on or before March 16, 2026.

Page 1 of 2

Respectfully submitted,


_____/s/Donna Beasley_____
Donna Beasley, #434441
419 7th Street, NW
Suite 405
Washington, DC  20004
240-606-3944
ATTYBEAS@AOL.COM
Counsel for Plaintiff



BACON, THORNTON & PALMER, L.L.P.

/s/ Mark D. Palmer

Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February**, 2026**   a copy of the foregoing  Joint Status Report was electronically filed and served via ECF to all counsel of record.


_____/s/Donna Beasley_____
Donna Beasley
Counsel for Plaintiff