**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOISE K. SIMMONS | : |
| | : |
|     Plaintiff, | : |
| | :  Case No.: 18-2169 (RDM) |
| | : |
| v. | : |
| | : |
| | : |
| LANGSTON LANE LIMITED PARTNERSHIP, | : |
| et al. | : |
| | : |
|     Defendants. | : |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

The Plaintiff and the Defendants, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the **DISMISSAL WITH PREJUDICE** of the Plaintiff's claims against Defendants.

Each party is to bear its own costs.

Respectfully Submitted,

Respectfully Submitted,

BACON, THORNTON & PALMER, L.L.P

*/s/ Donna Beasley*
Donna Beasley, Esquire
Bar No. 434441
419 7th Street, N.W., Suite 405
Washington, D.C. 20004
(240) 606-3944
email: attybeas@aol.com
*Attorney for Plaintiff Eloise K. Simmons*

*/s/ Mark D. Palmer*
Mark D. Palmer, Esquire
Bar No. 395127
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001
Fax: (301) 345-7075
email: mpalmer@lawbtp.com
*Attorney for Defendants*